In the Matter of KEITH WILLIAMS, Petitioner, v WARREN BARKLEY, as Superintendent of Cape Vincent Correctional Facility, Respondent. [832 NYS2d 855]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Jefferson County [Hugh A. Gilbert, J.], entered November 22, 2006) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Smith, Fahey, Peradotto and Pine, JJ.